# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00412-CV

**John Moya, and/or All Occupants of 1385 Pine Forest Crl, Round Rock, Texas 78665, Appellants**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 11-0563-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was due on October 3, 2011. On November 14, 2011, this Court notified appellants that their brief was overdue and that a failure to respond by November 28, 2011, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson, and Goodwin

Dismissed for Want of Prosecution

Filed:   March 2, 2012